*Formatted for Electronic Distribution*                                                                                                               *Not For Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____

**In re:**

    **Dorothy DuCharme, a/k/a**                                                                                       **Chapter 7 Case**
    **Dorothy Ducharme,**                                                                                                  **# 06-10154**
            **Debtor.**

_____

**In re:**

    **Tammy J. Cusson**                                                                                                   **Chapter 7 Case**
            **Debtor.**                                                                                                             **# 06-10195**

_____

| | | |
|---|---|---|
| *Appearances:* | *John C. Gravel, Esq.* | *Michael Carver, Esq.* |
| | *Bauer, Gravel, et al.* | *Greene, Seaver & Carver, P.C.* |
| | *Burlington, VT* | *Burlington, VT* |
| | *Attorney for Debtors* | *Attorney for Creditor* |

**ORDER**
**ON DEBTORS' MOTION TO DETERMINE SECURED STATUS OF, OR AVOID,**
**THE LIEN OF JAMES A. NAYLOR D/B/A NAYLOR CONSTRUCTION**

      For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the lien of James Naylor, d/b/a Naylor Construction is hereby avoided as a judicial lien that impairs the Debtors' exemption.

      **SO ORDERED**.

July 21, 2008                                                                                                                                             Colleen A. Brown
Rutland, Vermont                                                                                                                               United States Bankruptcy Judge

Filed & Entered
On Docket
July 21, 2008